LAW OFFICES
# BASS & ASSOCIATES
A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

December 30, 2013

United States Bankruptcy Court
District of Colorado
721 19th Street
Denver, Co 80202

Re:       Wendy A Williams
          Barry Leighton Williams
Case No.: 13-30079
Claim No.: 10

To Whom It May Concern:

Our firm filed the above listed proof of claim on behalf of our client on December 30, 2013 in the amount of $4442.11. Upon reviewing case information, we respectfully request the above proof of claim be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jennifer A Pursley
Bass & Associates, P.C.
Authorized Agent for
Capital One, N.A.
Admitted in Arizona
SBA 022652